IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01329-REB-BNB

WILLIAM CARSON,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Defendant's Unopposed Motion to Allow Inmate Depositions Pursuant to Fed.R.Civ.P. 30(a)(2)** [docket no. 16, filed January 25, 2011] (the "Motion").

     IT IS ORDERED that the Motion is **GRANTED** and the parties are hereby permitted to take the depositions of plaintiff William Carson and Bryan Durfee at a time and date that is mutual agreeable to the parties and the correctional facilities where these individuals are incarcerated.

DATED:  January 26, 2011