IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01329-REB-BNB

WILLIAM CARSON,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant's Unopposed Motion for an Order Extending Deadlines** [docket no. 19, filed January 27, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended to and including **February 15, 2011**, and the dispositive motion deadline is extended to and including **March 8, 2011.**

IT IS FUTHER ORDERED that the Pretrial Conference set for March 28, 2011, is **vacated and reset to May 9, 2011, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **May 2, 2011**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: January 28, 2011