IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 10-cv-01329-REB- BNB | Date: March 17, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| WILLIAM CARSON, | Brice Tondre |
| Plaintiff(s), | |
| v. | |
| CORRECTIONS CORPORATION OF AMERICA, | Edmund Kennedy |
| Defendant(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:   10:03 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Defendant's motion to amend answer to plaintiff's complaint and demand for jury trial [Doc. #26; filed 3/4/11] is granted for reasons stated on the record. Discovery cut off is extended to April 22, 2011, solely for the purpose to allow the plaintiff to take a 30 (b)(6) deposition of Corrections Corporation of America.**

Court in Recess:   10:14 a.m.   Hearing concluded.   Total time in Court: 00:11

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.