IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01329-REB-BNB

WILLIAM CARSON,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

Defendant.
_____

**ORDER**
_____

This matter arises on **Defendant's Motion to Amend Answer to Plaintiff's Complaint and Demand for Jury Trial** [Doc. # 26, filed 3/4/2011] (the "Motion to Amend"). I held a hearing on the Motion to Amend this morning and made rulings on the record, which are incorporated here.

For the reasons stated on the record, IT IS ORDERED:

(1) The Motion to Amend [Doc. # 26] is GRANTED, and the Clerk of the Court is directed to accept for filing Defendant's Amended Answer to Plaintiff's Complaint and Demand for Jury Trial from Defendant [Doc. # 26-1]; and

(2) The discovery cut-off is extended to and including **April 22, 2011**, solely to allow the plaintiff to take a Rule 30(b)(6) deposition of Corrections Corporation of America on facts and issues surrounding the added defense of assumption of the risk.

Dated March 17, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge