IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01329-REB-BNB

WILLIAM CARSON,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

Defendant.

_____

**ORDER**
_____

This matter arises on defendant's **Motion for Protective Order** [Doc. # 39, filed 4/22/2011] (the "Motion for Protective Order"). I held a hearing on the Motion for Protective Order this morning and made rulings on the record, which are incorporated here. For the reasons stated on the record,

IT IS ORDERED that the Motion for Protective Order [Doc. # 39] is GRANTED IN PART and DENIED IN PART as follows:

• GRANTED to preclude inquiry by the plaintiff into the categories listed as Nos. 3, 4, 7, 11, 13, and 14 in the plaintiff's Rule 30(b)(6) Notice of Deposition; and

•DENIED in all other respects.

Dated May 5, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge