IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01329-REB-BNB

WILLIAM CARSON,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Joint Motion to Amend Final Pretrial Order** [docket no. 56, filed July 1, 2011] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED.


DATED:  July 6, 2011