**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01329-REB-BNB

WILLIAM CARSON,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

    Defendant.

**MINUTE ORDER**[1]

    The matter is before the court on **Defendant's Unopposed Motion To Reschedule Trial Preparation Conference** [#61] filed July 26, 2011.  The motion is **GRANTED**.  The Trial Preparation Conference set for August 12, 2011, is **VACATED** and is **RESET** to **August 5, 2011**, at 4:00 p.m.

    Dated:  July 26, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.